FILED

01/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0033

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0033

DARLENE LESAGE,

Petitioner,

v.

TWENTIETH JUDICIAL DISTRICT COURT,
HON. DEBORAH KIM CHRISTOPHER, Presiding,

Respondent.

FILED

JAN ? ? ???? FILED

Bo
Clerk
St.    JAN 2 2 2021

O R D E R Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Darlene Lesage, via counsel, seeks a writ of supervisory control directing the Twentieth Judicial District Court, Lake County, to reverse an order denying Lesage's motion to substitute judge in its Cause No. DC-20-252. Lesage alleges the District Court erred in denying her motion as untimely and that supervisory control is necessary in this case.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Twentieth Judicial District Court and the State of Montana, or both, are granted until February 25, 2021, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Twentieth Judicial District Court, Lake County, Cause No. DC-20-252, and the Honorable Deborah Kim Christopher, presiding.

Dated this ___ day of January, 2021.

For the Court,

By _____
Justice